■ PEOPLE v LEROY FAVORS, Defendant. [668 NYS2d 974] —Motion to extend time to take appeal denied. Memorandum: Defendant moved to extend his time to take an appeal (*see*, CPL 460.30). Counsel submitted a signed notice of right to appeal form indicating that defendant did not wish to appeal. Defendant's unsworn allegations to the contrary have failed to

create an issue of fact (see, CPL 460.30 [2]). Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.